AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

FILED MAR 26 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUSTIN DEONTA STROM, | ) | Case No. 1:12mj172 |
| DONYEL PIER DOVE, | ) | |
| MICHAEL TAVON JEFFERIES, | ) | |
| HENOCK SOLOMON GHILE | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2009 to March 2012__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1594 | Conspiracy to Transport a Juvenile to Engage in a Commercial Sex Act |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Marc J. Birnbaum

*Complainant's signature*
Special Agent Jeffrey Johannes, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/26/2012

/s/
Ivan D. Davis
United States Magistrate Judge

City and state: Alexandria, Virginia