

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:12-cr-159 |
| | ) |
| JUSTIN STROM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## RESTITUTION ORDER

1. The defendant is sentenced to pay restitution in the amount of $91,925.94, jointly and severally with any co-defendants who are ordered to pay restitution for the same losses.[1]

2. The amount of restitution paid to a victim shall not exceed the victim's total loss.

3. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

4. The victims' names and addresses, and each victim's respective total loss amounts, are listed in Attachment A to this Restitution Order, in redacted and unredacted form.

5. Interest:

    ✓ is waived.

    ___ accrues as provided in 18 U.S.C. § 3612(f).

6. Restitution is due and payable immediately, and notwithstanding any other provision of this Restitution Order, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

---

[1] As reflected in paragraphs 9-12 of the defendant's Presentence Report, four co-defendants have been sentenced in related cases: Michael Jefferies (1:12-cr-143), Donyel Dove (1:12-cr-184), Christopher Sylvia (1:12-cr-128), and Henock Ghile (1:12-cr-182). The total loss amount in this Restitution Order is attributable to Strom's conduct. The government will submit proposed restitution orders reflecting the losses attributable to each of Strom's co-defendants in their respective cases.

7. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prison's Inmate Financial Responsibility Program, comply with the provisions of the financial plan, and meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

8. The defendant shall pay to the Clerk at least $ 250.00 per month or 25% of net income, whichever is greater, beginning

    Sixty (60) days upon release.

9. Within 30 days of (a) any change of name, residence, or mailing address; or (b) any material change in economic circumstances that affects the defendant's ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/
James C. Cacheris
United States District Judge

Honorable James C. Cacheris
United States District Judge

ENTERED this 14th day of September 2012.

at Alexandria, Virginia

2

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

_____
Marc J. Birnbaum
Special Assistant United States Attorney (LT)
Inayat Delawala
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700 (phone)
703-299-3982 (fax)
marc.birnbaum@usdoj.gov
inayat.delawala@usdoj.gov

SEEN AND AGREED:

Justin Strom
Defendant

_____
Thomas C. Carter
Counsel for Defendant
Redmon, Peyton & Braswell L.L.P.
510 King Street, Suite 301
Alexandria, VA 22314
703-836-2000 (phone)
703-684-5109 (fax)
tomcarterlaw@yahoo.com

# ATTACHMENT A TO RESTITUTION JUDGMENT

## REDACTED AS TO THE VICTIMS' NAMES AND ADDRESSES

|  | Total Due from Justin Strom to Victim: |
|---|---|
| M.W. | $42,250.00 |
| J.T. | $46,035.94 |
| J.E. | $ 3,640.00 |
| Total Due from Defendant: | $91,925.94 |